# Third District Court of Appeal

## State of Florida

Opinion filed January 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1647
Lower Tribunal No. F88-25522
_____

**Cliff Smith,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Javier Enriquez, Judge.

Cliff Smith, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, SCALES, and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Lambrix v. State</u>, 217 So. 3d 977, 989 (Fla. 2017); <u>Richardson v. State</u>, 918 So. 2d 999, 1004 (Fla. 5th DCA 2006); <u>Thomas v. State</u>, 949 So. 2d 319, 319 (Fla. 3d DCA 2007); <u>Gerome v. State</u>, 368 So. 3d 38, 42 (Fla. 3d DCA 2023).